1114

**Bevie BIGGERS, Appellant, v. The STATE of Texas, Appellee.**

No. 21121.

Court of Criminal Appeals of Texas.

June 5, 1940.

J. Earle Kuntz and Philip S. Kouri, both of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is murder; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**Jess DIXON v. STATE.**

No. 21219.

Court of Criminal Appeals of Texas.

June 12, 1940.

R. W. Webb, of Snyder, and R. Temple Dickson, of Sweetwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The appellant was convicted of the theft of one head of cattle, and his punishment assessed at five years' confinement in the penitentiary.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.

**Soteno LEDISMA, Appellant, v. STATE of Texas, Appellee.**

No. 21076.

Court of Criminal Appeals of Texas.

May 22, 1940.

Ronald Smallwood, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for aggravated assault and battery, punishment assessed being a fine of $25.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute his appeal, and the same is ordered dismissed.

**Sam WILLIAMS v. STATE.**

No. 21220.

Court of Criminal Appeals of Texas.

June 12, 1940.

Wm. M. Hatten, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.